WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Yoshi Budiyanto, et al.,

        Plaintiffs,

vs.

My Vintage Venue LLC, et al.,

        Defendants.

No. CV-17-01410-PHX-SPL

**ORDER**

Before the Court is Defendants' Joint Notice Of Motion And Motion For Sanctions, Or In The Alternative, Motion For Attorney Fees And Costs under 17 U.S.C. § 505 and 17 U.S.C. § 1203(b)(4–5) (Doc. 225), to which no response in opposition has been filed. Having considered the request,

**IT IS ORDERED:**

1. That the Motion for Sanctions (Doc. 225) is **denied**;

2. That the Motion for Attorney Fees and Costs (Doc. 225) is **granted** as follows;

3. That Defendants Rachel Z. Willes and Troy Willes collectively are awarded attorneys' fees and non-taxable expenses incurred by their defense against Plaintiffs' claims in the amount of **$30,443.87;**

4. That Defendants Jeanne Colquette and John Doe Colquette, dba Events Your Way, collectively are awarded attorneys' fees and non-taxable expenses incurred by their defense against Plaintiffs' claims in the amount of

**$11,433.00;**

5. That Defendants Glen Ross Galatan, Jane Doe Galatan, and Galatan Consulting LLC, dba Distinctive Wedding Videos, collectively are awarded attorneys' fees and non-taxable expenses incurred by their defense against Plaintiffs' claims in the amount of **$10,396.50;**

6. That Defendant Goof Booth Photo Booth LLC is awarded attorneys' fees and non-taxable expenses incurred by its defense against Plaintiffs' claims in the amount of **$10,442.80;** and

7. That Defendants Lavender and Old Lace LLC and Kimberly Gilbert collectively are awarded attorneys' fees and non-taxable expenses incurred by their defense against Plaintiffs' claims in the amount of **$14,741.99**.

Dated this 13th day of June, 2018.

Honorable Steven P. Logan
United States District Judge